SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

*Attorneys for Defendant and Counterclaimant*
Legend3D, Inc.

IRELL & MANELLA LLP
Jonathan S. Kagan (166039)
JKagan@irell.com
Joshua Glucoft (301249)
JGlucoft@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff and Counterdefendant*
Prime Focus Creative Services Canada Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PRIME FOCUS CREATIVE SERVICES CANADA INC.,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>LEGEND3D, INC.,<br><br>　　　　Defendant and Counterclaimant. | Case No. 2:15-CV-02340-MWF-PLA<br><br>**JOINT STATUS REPORT**<br><br>The Hon. Michael W. Fitzgerald |

Pursuant to the Court's Order at Dkt. No. 142, the parties hereby provide the following Joint Status Report to update the Court regarding the related *inter partes* review ("IPR") proceedings.

On December 18, 2017, the Patent Trial and Appeal Board (the "Board") issued its Final Written Decision in IPR2016-01243, finding claims 1-2, 7-14, and 19-20 of Defendant's U.S. Patent No. 7,907,793 not patentable, but finding that claims 3-6 and 15-18 are not unpatentable over the asserted prior art. *See* IPR2016-01243, Paper 54. On January 16, 2018, Plaintiff (as Petitioner in IPR2016-01243) filed a request for rehearing with respect to claims 3-6 and 15-18. *See id.*, Paper 55. Defendant (as Patent Owner in IPR2016-01243) filed an opposition to the request. *Id.*, Paper 57. Plaintiff/Petitioner's request for rehearing is still pending. Also on January 16, 2018, Plaintiff/Petitioner sought authorization to file a motion for sanctions of adverse judgment against Defendant/Patent Owner. To date, the Board has not authorized Plaintiff/Petitioner to file such a motion.

On February 26, 2018, this Court granted the parties' joint stipulation to maintain the stay of litigation related to U.S. Patent No. 7,907,793 at least until the Board takes action in IPR2016-01243 on Plaintiff/Petitioner's request for rehearing and also Plaintiff/Petitioner's request for authorization to move for sanctions of adverse judgment. *See* Dkt. No. 148. The Board has not yet taken action in IPR2016-01243 on Plaintiff/Petitioner's request for rehearing nor its request for authorization to move for sanctions of adverse judgment, and therefore the stay in this case continues.

On March 19, 2018, Plaintiff filed a petition for IPR of claims 14-15, 20-23, and 25-30 of Defendant's U.S. Patent No. 9,286,941. *See* IPR2018-00803. Defendant's Patent Owner's Preliminary Response is still pending.

1  Dated: April 27, 2018

2                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4                          By       */s/ Daniel Yannuzzi*

5                                 DANIEL N. YANNUZZI

6  

7                                *Attorneys for Defendant*
                              LEGEND3D, INC.

8  Dated: April 27, 2018

9                          IRELL & MANELLA LLP

11                         By       */s/ Joshua Glucoft*

12                                JOSHUA GLUCOFT

14                               *Attorneys for Plaintiff*
                            PRIME FOCUS CREATIVE SERVICES
15                               CANADA INC.